Sarah E. Pace
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ 85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
Sarah.Pace@tucsonaz.gov
State Bar No. 035078
*Attorney for Defendant City of Tucson*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vonda Nadler,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Tucson,<br><br>　　　　　Defendant. | No. 4:20-cv-00085-RM<br><br>**CITY OF TUCSON'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THE CITY'S THIRD REQUEST FOR PRODUCTION**<br><br>(Assigned to Hon. Rosemary Marquez) |

Defendant City of Tucson (the "City") hereby moves under the Court's General Order 17-08 (Doc. 3, pp. 3- 12) and Fed. R. Civ. P. 37(a)(3)(A) and (B)(iv) to compel production of all documents responsive to the City's Third Request for Production propounded on May 17, 2021.

After personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter.

## Memorandum of Points and Authorities

1. The City deposed Plaintiff, Vonda Nadler, on April 27, 2021.

2. During the deposition, Ms. Nadler testified to having a collection of emails and personal notes pertinent to her claims.

3. The existence of these items, and ideally the items themselves, should have been disclosed by Plaintiff from the outset of the case. *See* Doc. 3, General Order 17-08 (B)(3) ("For documents and tangible things in your possession, custody, or control, you may

produce them with your response, or make them available for inspection on the date of the response, instead of listing them.") and General Order 17-08 (C)(1) ("Hard-copy documents must be produced as they are kept in the usual course of business.").

4. During Ms. Nadler's April 27 deposition, counsel for the City requested immediate production of Ms. Nadler's collection of emails and personal notes pertinent to her claims.

5. When no production ensued, counsel for the City issued a Rule 34 Request for Production (the "RFP") directed to these items. A true and correct copy of the May 17, 2021 RFP is attached hereto as Exhibit A.

6. Plaintiff did not respond.

7. Thus, on June 29, 2021 the City conferred with Plaintiff, and Plaintiff's counsel promised to provide a complete discovery response by July 12, 2021.

8. Plaintiff's counsel did not follow through.

9. On July 14 and July 15, 2021, the City again followed up with Plaintiff's counsel.

10. Plaintiff's counsel did not respond to either communication.

11. The City's counsel, Sarah Pace, was out of town July 22-23 and then was faced with a family emergency that required her to take an extended leave of absence from July 26 until August 30.

12. On August 31, Ms. Pace followed up with Plaintiff's counsel regarding the overdue discovery.

13. On September 3, Plaintiff's counsel promised to deliver "a complete response" by Thursday, September 9, 2021.

14. Plaintiff's counsel again produced nothing.

////

////

////

////

For the foregoing reasons, the City respectfully requests entry of an Order compelling Plaintiff to produce all documents responsive to the City's Third RFP, without objection or limitation, within three business days.

DATED: September 10, 2021.

                                        MICHAEL G. RANKIN
                                        City Attorney

                                        By    /s/ Sarah E. Pace
                                                   Sarah E. Pace
                                                   Principal Assistant City Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard M. Martinez
P.O. Box 43250
Tucson, Arizona 85733-3250
richard@richardmartinezlaw.com
    *Counsel for Plaintiff*

By E. Acosta/bys