# EXHIBIT A

1  Sarah E. Pace
   Principal Assistant City Attorney for
2  Michael G. Rankin
   CITY ATTORNEY
3  P.O. Box 27210
   Tucson, AZ 85726-7210
   Telephone: (520) 791-4221
4  Fax: (520) 623-9803
   Sarah.Pace@tucsonaz.gov
5  State Bar No. 035078
   *Attorney for Defendant City of Tucson*

6

7                    IN THE UNITED STATES DISTRICT COURT

8                         FOR THE DISTRICT OF ARIZONA

9  | Vonda Nadler, | No. 4:20-cv-00085-RM |
10 | | |
   | Plaintiff, | **DEFENDANT CITY OF TUCSON'S** |
11 | | **THIRD REQUEST FOR** |
   | vs. | **PRODUCTION OF DOCUMENTS** |
12 | | |
13 | City of Tucson, | (Assigned to Hon. Rosemary Marquez) |
14 | Defendant. | |

15       TO PLAINTIFF AND HER ATTORNEY OF RECORD:

16       Pursuant to and in accordance with Fed R. Civ. P. 34, Defendant City of Tucson (the

17  "City"), through counsel, hereby requests that Vonda Nadler timely respond to the Third

18  Request for Production of Documents.

19                              **INSTRUCTIONS FOR USE**

20  All factual information requested is to be divulged, regardless of whether such information

21  is in the possession of plaintiff, her attorney(s), investigator(s), or any other agent(s) or

22  representative(s) of plaintiff.

23
24
25
26
27
28

## REQUESTS FOR PRODUCTION

**Request 15:** Please produce all documents related to Plaintiff's claims including but not limited to emails, calendars, and any other notes maintained by Plaintiff (acknowledged to exist during her deposition on April 27, 2021).

DATED: May 17, 2021.

           MICHAEL G. RANKIN
           City Attorney

           By *[signature]*
              Sarah E. Pace
              Principal Assistant City Attorney

ORIGINAL of the foregoing emailed this 17th day of May, 2021, to:

Richard M. Martinez
P.O. Box 43250
Tucson, Arizona 85733-3250
richard@richardmartinezlaw.com
  *Counsel for Plaintiff*

By *[signature: B. Sanchy]*